# Wisconsin Court of Appeals

## 2017 WI App 21

(Also reported in 896 N.W.2d 390.)

| | | | |
|---|---|---|---|
| Hoffman v. Scenic<br>  Ridge Verona, LLC | 2014AP001766,<br>2014AP002896 | 02–23–2017 | Affirmed |
| State v. Henry† | 2015AP000092 CR | 02–22–2017 | Affirmed |
| State v. Rico† | 2015AP000507 | 02–15–2017 | Affirmed |
| Spadaro v. Hunek | 2015AP001040 | 02–22–2017 | Affirmed |
| State v. Kocian† | 2015AP001545 CR | 02–01–2017 | Affirmed |
| State ex rel. Schroeder<br>  v. Hayes† | 2015AP001720 | 02–08–2017 | Affirmed |
| Olson v. Ivanovic | 2015AP001803 | 02–22–2017 | Affirmed |
| Barry v. LIRC | 2015AP001853 | 02–14–2017 | Affirmed |
| Holtz v. Steiner† | 2015AP001859,<br>2016AP000146 | 02–01–2017 | Affirmed |
| Sortedahl v. WERC | 2015AP001938 | 02–01–2017 | Affirmed |

† Petition to review filed.